```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00488
   MICHAEL B GRECO
   JEANNETTE M GRECO                            CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1866    SSN XXX-XX-3589


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/10/2008 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
HAYES PROPERTIES & WOLF    UNSECURED         5798.68            .00           .00
THE NEUROLOGIC & ORTHOPE   UNSECURED          472.86            .00           .00
COMMONWEALTH EDISON        UNSECURED         2109.61            .00           .00
HAYES PROPERTIES & WOLF    SECURED           7000.00            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          295.03            .00           .00
LUTHERAN GENERAL HOSPITA   UNSECURED          770.00            .00           .00
AMG IMAGING CENTER         UNSECURED        NOT FILED           .00           .00
BCR ENTERPRISES            UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         5406.51            .00           .00
CAROLYN KITTY              UNSECURED          450.78            .00           .00
CBCS                       UNSECURED        NOT FILED           .00           .00
CERTIFIED SECURITY         UNSECURED        NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         4841.72            .00           .00
CITI CARDS                 UNSECURED        NOT FILED           .00           .00
LVNV FUNDING LLC           UNSECURED         4392.99            .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED           .00           .00
CITY OF DES PLAINES        UNSECURED        NOT FILED           .00           .00
DANIELLE BILOTTO           UNSECURED          690.29            .00           .00
SPECIAL CARE ORTHOPEDICS   UNSECURED        NOT FILED           .00           .00
DR DANILAS                 UNSECURED        NOT FILED           .00           .00
BENEFICIAL ILLINOIS INC    UNSECURED        NOT FILED           .00           .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED        NOT FILED           .00           .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED        NOT FILED           .00           .00
GOTTLIEB MEMORIAL HOSPIT   UNSECURED        NOT FILED           .00           .00
MEDICAL IMAGING PROFESSI   UNSECURED        NOT FILED           .00           .00
LAURA M COZZI              UNSECURED        NOT FILED           .00           .00
LOUIS F TAGLIA DDS LTD     UNSECURED         7797.35            .00           .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED          489.00            .00           .00
ADVOCATE MEDICAL GROUP     UNSECURED        NOT FILED           .00           .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED        NOT FILED           .00           .00
DIRECT TV                  UNSECURED        NOT FILED           .00           .00
PHILIP H MARKOWITZ         UNSECURED         1052.06            .00           .00
```

```
TOWN OF GENEVA             UNSECURED       NOT FILED              .00           .00
RAYYAN INVESTMENTS         UNSECURED       NOT FILED              .00           .00
MAXIM MORTGAGE             UNSECURED       NOT FILED              .00           .00
WASHINGTON MUTUAL CHECKI   UNSECURED       NOT FILED              .00           .00
MIDWEST CENTER FOR SIGHT   UNSECURED       NOT FILED              .00           .00
COMED                      UNSECURED       NOT FILED              .00           .00
WILSHIRE CREDIT CORPORAT   UNSECURED       NOT FILED              .00           .00
GRECOS ITALIAN BAKING CO   NOTICE ONLY     NOT FILED              .00           .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00              .00           .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    15504.17              .00        254.20
WILSHIRE CREDIT CORPORAT   NOTICE ONLY     NOT FILED              .00           .00
PARKWAY BANK & TRUST CO    SECURED               .00              .00           .00
JAMES J BURNS JR           DEBTOR ATTY        474.00                         474.00
TOM VAUGHN                 TRUSTEE                                            60.98
DEBTOR REFUND              REFUND                                            545.82

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     1,335.00

PRIORITY                                                  .00
SECURED                                                254.20
UNSECURED                                                 .00
ADMINISTRATIVE                                         474.00
TRUSTEE COMPENSATION                                    60.98
DEBTOR REFUND                                          545.82
                         ---------------       ---------------
TOTALS                      1,335.00                 1,335.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 00488 MICHAEL B GRECO & JEANNETTE M GRECO